**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-02652-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$50,188.00 IN UNITED STATES CURRENCY,
$1,656.36 SEIZED FROM FIRST BANK ACCOUNT #2575026253,
$2,964.28 SEIZED FROM WELLS FARGO ACCOUNT #2246582312,
$771.29 SEIZED FROM FIRST BANK ACCOUNT #2573037347,
2012 HONDA CR-V, VIN 5J6RM4H76CL071091,
2010 LAND ROVER, VIN SALFR2BN9AH154643, and
2008 HONDA ACCORD, VIN 1HGCP36828A085907,

      Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Claimants' Unopposed Motion for Leave to File Answer to Government's Verified Complaint for Forfeiture One Day Late (Doc 13 - filed December 11, 2013) is **GRANTED**. The Claimants' Answer to Verified Complaint for Forfeiture In Rem (Doc 12 - filed December 11, 2013) is accepted as filed.

Dated: December 12, 2013
_____