IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02652-LTB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$50,188.00 IN UNITED STATES CURRENCY,
$1,656.36 SEIZED FROM FIRST BANK ACCOUNT #2575026253,
$2,964.28 SEIZED FROM WELLS FARGO ACCOUNT #2246582312,
$771.29 SEIZED FROM FIRST BANK ACCOUNT #2573037347,
2012 HONDA CR-V, VIN 5J6RM4H76CL071091,
2010 LAND ROVER, VIN SALFR2BN9AH154643, and
2007 HONDA ACCORD, VIN 1HGCP36828A085907,

    Defendants,

SONG Q. YU,
FU ZHEN HUANG, and
JIE YU,

    Claimants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Claimants' **Unopposed Motion to Be Excused From Status Conference** [#27]. These Claimants have entered into a written settlement agreement with Plaintiff resolving all of their claims. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. Claimants are excused from the Status Conference set for July 29, 2014, at 11:30 a.m.[1]

    Dated: May 2, 2014

---

[1] On April 30, 2014, the May 1, 2014 Status Conference was reset to July 29, 2014. *Minute Order* [#28].