IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02652-LTB-KLM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

$50,188.00 IN UNITED STATES CURRENCY,
$1,656.36 SEIZED FROM FIRST BANK ACCOUNT #2575026253,
$2,964.28 SEIZED FROM WELLS FARGO ACCOUNT #2246582312,
$771.29 SEIZED FROM FIRST BANK ACCOUNT #2573037347,
2012 HONDA CR-V, VIN 5J6RM4H76CL071091,
2010 LAND ROVER, VIN SALFR2BN9AH154643, and
2008 HONDA ACCORD, VIN 1HGCP36828A085907.

   Defendants.

---

FINAL ORDER OF FORFEITURE
ONLY AS TO CERTAIN DEFENDANT PROPERTIES

---

  THIS MATTER comes before the Court on the United States= Unopposed Motion for Final Order of Forfeiture only as to Certain Defendant Property, the Court having reviewed said Motion FINDS:

  THAT the United States commenced this action in rem pursuant to 18 U.S.C. § 981(a)(1)(C);

  THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

  THAT the United States and claimants Song Q Yu, Fu Zhen Huang, and Jie Yu have reached a settlement in this case as to the following defendant properties:

1

  a. $50,188.00 in United States currency;

  b. $771.29 seized from First Bank account #2573037347;

  c. 2010 Land Rover, VIN SALFR2BN9AH154643; and

  d. 2008 Honda Accord, VIN 1HGCP36828A085907,

and have filed a Settlement Agreement with the Court resolving all issues in dispute as to these defendant property;

 THAT no other claims to the above listed defendant property have been filed;

 THAT forfeiture of

  a. $29,103.00 of defendant $50,188.00 in United States currency;

  b. defendant $771.29 seized from First Bank account #2573037347; and

  c. defendant 2010 Land Rover, VIN SALFR2BN9AH154643

shall enter in favor of the United States;

 THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C).

 NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

 THAT forfeiture of

  a. $29,103.00 of defendant $50,188.00 in United States currency;

  b. defendant $771.29 seized from First Bank account #2573037347; and

  c. defendant 2010 Land Rover, VIN SALFR2BN9AH154643

shall enter in favor of the United States; the United States shall have full and legal title to the defendant properties, and may dispose of them in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to these defendant properties pursuant to 28 U.S.C. ' 2465.

SO ORDERED this   5th   day of     May     , 2014.

                      BY THE COURT:

                        s/Lewis T. Babcock
                      LEWIS T. BABCOCK
                      U.S. District Court Judge