**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02652-LTB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$50,188.00 IN UNITED STATES CURRENCY,
$1,656.36 SEIZED FROM FIRST BANK ACCOUNT #2575026253,
$2,964.28 SEIZED FROM WELLS FARGO ACCOUNT #2246582312,
$771.29 SEIZED FROM FIRST BANK ACCOUNT #2573037347,
2012 HONDA CR-V, VIN 5J6RM4H76CL071091,
2010 LAND ROVER, VIN SALFR2BN9AH154643, AND
2008 HONDA ACCORD, VIN 1HGCP36828A085907,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Final Order of Forfeiture entered by the Honorable U.S. District Judge Lewis T. Babcock on May 5, 2014 (Docket No. 34), the following JUDGMENT is hereby entered.

It is ORDERED that forfeiture of:

    a. $29,103.00 of defendant $50,188.00 in United States currency;

    b. defendant $771.29 seized from First Bank account #2573037347; and

    c. defendant 2010 Land Rover, VIN SALFR2BN9AH154643,

shall enter in favor of the United States; the United States shall have full and legal title to the defendant properties, and may dispose of them in accordance with law

and in accordance with the terms and provisions of the parties' Settlement Agreement.

Dated at Denver, Colorado this 5th day of May, 2014.

                                                  FOR THE COURT:
                                                  JEFFREY P. COLWELL, CLERK

                                     By:  s/   K Lyons
                                              K Lyons
                                              Deputy Clerk