IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02652-LTB-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$50,188.00 IN UNITED STATES CURRENCY,
$1,656.36 SEIZED FROM FIRST BANK ACCOUNT #2575026253,
$2,964.28 SEIZED FROM WELLS FARGO ACCOUNT #2246582312,
$771.29 SEIZED FROM FIRST BANK ACCOUNT #2573037347,
2012 HONDA CR-V, VIN 5J6RM4H76CL071091,
2010 LAND ROVER, VIN SALFR2BN9AH154643, and
2008 HONDA ACCORD, VIN 1HGCP36828A085907.

        Defendants.

_____

## FINAL JUDGMENT

        Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Judge Lewis T. Babcock, the following JUDGMENT is hereby entered:

    1.    That forfeiture of

        a.    $2,964.28 Seized From Wells Fargo Account #2246582312;

        b.    $1,656.36 Seized From First Bank Account #2575026253; and

        c.    2012 Honda CR-V, VIN 5J6RM4H76CL071091

including all right, title, and interest is hereby entered in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

1

2. That the United States shall have full and legal title as to the above described defendant assets and may dispose of said assets in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

3. That Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to all defendant property under 28 U.S.C. § 2465.

4. Per the parties' settlement agreement, the parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Done at Denver, Colorado this __12th__ day of ___June_____, 2014.

                                        JEFFREY P. COLWELL
                                        Clerk of the U.S. District Court

                             By: ___s/K Lyons_____
                                 Deputy Clerk